BROOKS v. N.C. DEPT. OF TRANSPORTATION

No. 334P94

Case below: 115 N.C.App. 163

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

CANADY v. McLEOD

No. 484P94

Case below: 116 N.C.App. 82

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

CREEKSIDE APARTMENTS v. POTEAT

No. 453P94

Case below: 116 N.C.App. 26

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

DAVIS v. PUBLIC SCHOOLS OF ROBESON COUNTY

No. 406P94

Case below: 115 N.C.App. 728

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.

DEANS v. DEANS

No. 344P94

Case below: 115 N.C.App. 565

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 November 1994.